IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA D. FLYNN, | ) | |
| | ) | 8:08CV343 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to reverse and remand, Filing No. 16. Defendant contends that this case should be reversed and remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g), so that the Appeals Council can further review plaintiff's claim. The court has carefully reviewed the motion as well as plaintiff's agreement with the remand, Filing No. 17, and finds the defendant's motion should be granted.

THEREFORE, IT IS ORDERED that defendant's motion to reverse and remand, Filing No. 16, is granted. A separate judgment will be entered in accordance with this order.

DATED this 1st day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge